**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-7042**

───────────────

KATHY REAVES, a/k/a Kathy Juanita Reaves,

      Plaintiff - Appellant,

     v.

SOUTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; SOUTH CAROLINA DIVISION OF MOTOR VEHICLES; SOUTH CAROLINA HIGHWAY PATROL,

      Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Columbia. Terry L. Wooten, Senior District Judge. (3:22-cv-01323-TLW)

───────────────

Submitted: February 27, 2024            Decided: March 1, 2024

───────────────

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Kathy Reaves, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathy Reaves appeals the district court's order denying her Fed. R. Civ. P. 60(b) motion.[*] We have reviewed the record and discern no abuse of discretion in the denial of this motion. *See Aikens*, 652 F.3d at 501 (stating standard of review). Accordingly, we affirm the district court's order. *Reaves v. S.C. Dep't of Pub. Safety*, No. 3:22-cv-01323-TLW (D.S.C. Oct. 10, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent Reaves seeks to appeal the district court's order accepting the magistrate judge's recommendation and dismissing her complaint, that order is not properly before us in this appeal. *See Aikens v. Ingram*, 652 F.3d 496, 501 (4th Cir. 2011) (en banc) ("[A]n appeal from denial of Rule 60(b) relief does not bring up the underlying judgment for review." (internal quotation marks omitted)).